**DISMISSED and Opinion Filed March 26, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00112-CR

**THE STATE OF TEXAS, Appellant**
**V.**
**ADAM MATTHEW SMITH, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-37992-U**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Garcia
Opinion by Justice Garcia

Before the Court is the State's March 23, 2021 motion to dismiss this appeal.

We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.2(a).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

210112F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

THE STATE OF TEXAS, Appellant

No. 05-21-00112-CR      V.

ADAM MATTHEW SMITH,
Appellee

On Appeal from the 291st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F20-37992-U.
Opinion delivered by Justice Garcia.
Justices Myers and Partida-Kipness
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered March 26, 2021